**Order entered February 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01709-CR

**ERNEST SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80960-2011**

## ORDER

The Court **REINSTATES** the appeal.

On February 15, 2013, we ordered Robert Hultkrantz removed as appellant's court-appointed counsel because he failed to file appellant's brief as ordered by this Court. We ordered the trial court to appoint new counsel to represent appellant. We have received a supplemental clerk's record with the order appointing Josh Andor to represent appellant.

We **DIRECT** the Clerk to list Josh Andor as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

/s/     DAVID EVANS
         JUSTICE